UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI S. YOUNG, ) | NO. CV 08-4631-AHM (E) |
| Petitioner, ) | |
| v. ) | ORDER ADOPTING FINDINGS, |
| ROBERT A. HOREL, Warden, ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |

1     Pursuant to 28 U.S.C. section 636, the Court has reviewed the
2  Petition, all of the records herein and the attached Report and
3  Recommendation of United States Magistrate Judge. The Court approves
4  and adopts the Magistrate Judge's Report and Recommendation.
5     IT IS ORDERED that Judgment be entered denying and dismissing the
6  Petition without prejudice.
7     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
8  the Magistrate Judge's Report and Recommendation and the Judgment
9  herein by United States mail on Petitioner and counsel for Respondent.
10    LET JUDGMENT BE ENTERED ACCORDINGLY.
11 Dated:  August 22, 2008

                                    _____
13                                  A. HOWARD MATZ
                                    UNITED STATES DISTRICT JUDGE

1